IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, *et al.* | * |
| Plaintiffs | * |
| v. | *   Case Number: CCB-02CV-2712 |
| JAM AND FAMILY ENTERPRISES, INC., *et al.* | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., by their undersigned attorneys, hereby file this Withdrawal of Motion for Preliminary Injunction and state as follows:

1.   On or about August 16, 2002, Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., filed a Motion for Preliminary Injunction (the "Motion") against Defendants, JAM and Family Enterprises, Inc. ("JAM"), Johnny E. Bragg, Sr. and Mary Ellen Bragg (collectively the "Braggs"). The Motion sought to restrain Defendants from, *inter alia*, operating "Dunkin' Donuts/Baskin-Robbins" shops from the locations known as 100 Big Elk Mall, Elkton, Maryland and 18 Bel Air South Parkway, Bel Air, Maryland (the "Locations").

2.   On October 11, 2002, the Braggs filed for protection in bankruptcy in the United States Bankruptcy Court for the District of Maryland, Case Number 02-66013-ESD, and, therefore, this action is stayed as to the Braggs.

3.   Plaintiffs are aware that, on or about October 30, 2002, JAM terminated it business activities at the Locations and, further, has abandoned the Locations.

26657

4. Plaintiffs believe, and therefore aver, that the Motion is currently moot and need not be addressed by this Court.

5. Accordingly, Plaintiffs request that this Court consent to Plaintiffs' withdrawal of the Motion for Preliminary Injunction, without prejudice.

                                  LENROW, KOHN & OLIVER

                                  _____
                                  Thomas D. Kohn
                                  Federal Bar Number: 03758
                                  Suite 940
                                  7 St. Paul Street
                                  Baltimore, Maryland 21202
                                  410-962-0550

                                  Attorneys for Plaintiffs, Dunkin' Donuts Incorporated,
                                     and Baskin-Robbins USA, Co.

APPROVED AND ORDERED:

_____
Catherine C. Blake, JUDGE
United States District Court
   for the District of Maryland

26657                                              2