IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUNKIN' DONUTS INCORPORATED, et al.

    Plaintiffs

v.   Case Number: CCB-02CV-2712

JAM AND FAMILY ENTERPRISES, INC., et al.   *

    Defendants   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Clerk:

Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., by their attorneys, Lenrow, Kohn & Oliver, hereby dismisses the Compliant filed in the above captioned matter against Defendants, without prejudice.

LENROW, KOHN & OLIVER

_____
Thomas D. Kohn
Federal Bar Number: 03758
Suite 940
7 St. Paul Street
Baltimore, Maryland 21202
410-962-0550

Attorneys for Plaintiffs

SO APPROVED AND ORDERED:

_____ 1/3/03
Catherine C. Blake, JUDGE
  United States District Court for the District of Maryland

26946